PROB 12B
(7/93)

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE __12/15/05__

# United States District Court
## for the
## Western District of Louisiana

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** William Alexander, III | **Case Number:** 02-60044-001 |
| **Address of Offender:** | 731 Edison Street, Lafayette, Louisiana 70501 |
| **Employment Address:** | Andrew Broussard Construction, Lafayette, Louisiana |
| **Name of Sentencing Judicial Officer:** | Honorable Richard T. Haik, Sr., United States District Judge |
| **Date of Original Sentence:** | July 30, 2003 |
| **Original Offense:** | Possession of a Firearm by an Unlawful User of Controlled Substances, 18 USC § 922 (g) (3) |
| **Original Sentence:** | 30 months imprisonment and 3 years of supervised release with special conditions |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** May 20, 2005 |
| **Asst. U.S. Attorney:** Howard C. Parker | **Defense Attorney:** Joseph R. Streva, Jr. |

## PETITIONING THE COURT

[  ] To issue a warrant
[X] To issue a summons

**The probation officer believes that the offender has violated the following condition(s) of supervision:**

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition #2 | The offender shall not commit another federal, state, or local crime. |
| | On November 28, 2005, the offender was arrested by the Lafayette Police Department and charged with Possession of Cocaine. |
| Mandatory Condition #3 | The offender shall not illegally possess a controlled substance. |
| | On November 28, 2005, the offender was arrested by the Lafayette Police Department and charged with Possession of Cocaine. |
| | On October 6, 2005, the offender submitted a urine specimen at the Probation Office which returned positive for marijuana. |
| | On October 11, 2005, the offender submitted a urine specimen at the Acadiana Recovery Center in Lafayette, Louisiana, which returned positive for marijuana. |

Prob 12C                                  -2-                         Petition for Warrant or Summons
                                                                      for Offender Under Supervision

|  |  |
|---|---|
|  | On November 23, 2005, the offender submitted a urine specimen at the Acadiana Recovery Center which returned positive for methamphetamine. |
| Mandatory Condition #4 | The offender shall refrain from any unlawful use of a controlled substance. The offender shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the Probation Officer. |
|  | On October 6, 2005, the offender submitted a urine specimen at the Probation Office which returned positive for marijuana. |
|  | On October 11, 2005, the offender submitted a urine specimen at the Acadiana Recovery Center in Lafayette, Louisiana, which returned positive for marijuana. |
|  | On November 23, 2005, the offender submitted a urine specimen at the Acadiana Recovery Center which returned positive for methamphetamine. |
| Standard Condition #7 | The offender shall refrain from excessive use of alcohol, and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to such controlled substance, except as prescribed by a physician. |
|  | On November 28, 2005, the offender was arrested by the Lafayette Police Department and charged with Possession of Cocaine. |
|  | On October 6, 2005, the offender submitted a urine specimen at the Probation Office which returned positive for marijuana. |
|  | On October 11, 2005, the offender submitted a urine specimen at the Acadiana Recovery Center in Lafayette, Louisiana, which returned positive for marijuana. |
|  | On November 23, 2005, the offender submitted a urine specimen at the Acadiana Recovery Center which returned positive for methamphetamine. |
| Special Condition #1 | The offender shall participate in an inpatient or outpatient substance abuse treatment program as directed by the probation office. |
|  | The offender failed to attend substance abuse treatment sessions at the Acadiana Recovery Center as directed by the Probation Office during September, 2005. |

The offender also failed to attend substance abuse treatment sessions at the Acadiana Recovery Center as directed by the Probation Office on November 7, 2005; December 6, 2005 and December 12, 2005.

**U.S. Probation Officer Recommendation:**

It is the recommendation of the Probation Officer that the offender appear before the Court to show cause why his term of supervised release should not be revoked.

Respectfully submitted,

by _____
U.S. Probation Officer
Date: